UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

| | |
|---|---|
| **JOANNE WOODWARD,** : | |
| Administratrix of the Estate of : | |
| Robert Woodward, : | |
| **PAUL WOODWARD,** : | |
| **JOANNE WOODWARD** and : | |
| **JILL WOODWARD DeBRADY,** : | |
| Plaintiffs : | |
| : | |
| v. : | File No. 1:02-CV-35 |
| : | |
| **TOWN OF BRATTLEBORO,** : | |
| **MARSHALL HOLBROOK** and : | |
| **TERRENCE PARKER,** : | |
| Defendants : | |

### ORDER OF DISMISSAL

The Court noting that the parties have stipulated and agreed that the appeal pending before the U.S. Court of Appeals for the Second Circuit may be dismissed with prejudice (Paper 116),

IT IS ORDERED THAT this action is hereby dismissed without costs, with the right to petition to reopen the action, upon good cause shown within 60 days, if settlement is not consummated.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order electronically, or by United States mail or facsimile, upon attorneys of record for the parties appearing in this case.

Dated at Brattleboro, in the District of Vermont, this 7th day of November, 2006.

/s/ J. Garvan Murtha
J. Garvan Murtha
United States District Judge